IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Willie James Bush, Jr., : | |
| : | |
| Plaintiff(s). : | |
| : | Case Number: 1:14cv424 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| OPM - Post Retirement, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 30, 2014 a Report and Recommendation (Doc. 3). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 4).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B).

Plaintiff is declared a harassing and vexatious litigator, and therefore is **ENJOINED AND PROHIBITED** from filing any additional complaints in the Southern District of Ohio which have not been certified as non-frivolous by an attorney in good standing in this Court or the jurisdiction in which he or she is admitted, or in the alternative are accompanied by payment of the full filing fee.

The Clerk of Court is **SPECIFICALLY DIRECTED** not to accept any pleadings from plaintiff absent compliance with the above restrictions, and is instructed to dispose of such documents accordingly.

Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, and therefore, denies plaintiff leave to appeal *in forma pauperis*.  See *McGore v. Wrigglesworth,* 114F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court